UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 20 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **CRIMINAL NO. SA-16-CR-881-XR** |
| | ) | |
| JOHN LUNA, | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. §§ 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the below-described Subject Personal Properties and the violation of Title 18 U.S.C. § 922(g)(1) by virtue of Defendant JOHN LUNA's oral guilty plea and the Agreed Factual Basis and Forfeiture. The Court further finds that Defendant JOHN LUNA has an interest in the Subject Personal Properties and does hereby GRANT said Motion.    IT IS THEREFORE,

ORDERED that all right, title, and interest of Defendant JOHN LUNA in the Subject Personal Properties, to wit:

1. **Springfield Armory, Model XD Subcompact, semi-automatic pistol, 9mm caliber, serial number XD974718; and**
2. **Any and all ammunition and firearm accessories,**

be, and hereby is, forfeited to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of Adam Joseph Nieder in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all other potential petitioners in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize, take custody, control, and possession of the aforementioned forfeited Subject Personal Properties and shall dispose of same in accordance with law; and IT IS FURTHER,

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 37) entered on July 5, 2017, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this _____ day of October, 2017.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE